FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 31, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IAN HALL, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>MACHOL & JOHANNES, LLC, a Washington limited liability company;<br><br>    Defendant. | NOS. 2:19-cv-00239-SAB;<br>        2:19-cv-00143-SAB<br><br>**ORDER DISMISSING CLAIMS** |

    Before the Court is a Stipulated Motion for Order of Dismissal of Hall v. Machol Only, ECF No. 17, filed in cause number 2:19-cv-00143-SAB. Pursuant to Fed. R. Civ. P. 41(a) and the joint wishes of the parties, Plaintiff Ian Hall's claims against Defendant Machol & Johannes, LLC, are dismissed with prejudice and without costs or fees.

    Accordingly**, IT IS HEREBY ORDERED:**

1. The Stipulated Motion for Order of Dismissal of Hall v. Machol Only, ECF No. 17 in cause number 2:19-cv-00143, is **GRANTED**.
2. Case Number 2:19-cv-0239 is **DISMISSED with prejudice** and without costs or attorney's fees to any party.

//

//

**ORDER DISMISSING CLAIMS ~ 1**

3.  Any pending motions in case number 2:19-cv-0239 are **dismissed as moot**, and the trial date and remaining pretrial deadlines are **stricken.**

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order and provide copies to counsel

**DATED** this 31st day of January 2020.



*Stanley A. Bastian*
Stanley A. Bastian
United States District Judge

**ORDER DISMISSING CLAIMS ~ 2**