FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 07, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KATHRYN MORGAN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> PORTFOLIO RECOVERY ASSOCIATES, LLC, a Delaware limited liability company, <br><br> Defendant. | No. 2:19-CV-00143-SAB <br><br> **ORDER OF DISMISSAL WITH PREJUDICE** |

Before the Court is the parties' Stipulated Motion for Order of Dismissal With Prejudice, ECF No. 30. The parties indicate the above-captioned action is voluntarily dismissed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

//
//
//
//
//
//
//
//

**ORDER OF DISMISSAL WITH PREJUDICE** \* 1

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion for Order of Dismissal With Prejudice, ECF No. 30, is **GRANTED**.

2. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties' Stipulation, the above-captioned case is **DISMISSED** with prejudice and without an award of costs or attorney fees to either party.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to counsel, and **close** the file.

**DATED** this 7th day of October 2020.



_____
Stanley A. Bastian
United States District Judge

**ORDER OF DISMISSAL WITH PREJUDICE** * 2